FILED:  February 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 14-2357
(A029-897-079)

———————————

JORGE A. DOMINGUEZ

      Petitioner

v.

ERIC H. HOLDER, JR., Attorney General

      Respondent

———————————

O R D E R

———————————

      Upon consideration of the unopposed emergency motion for stay of removal, the court grants the motion.

      Entered at the direction of the panel:  Judge Shedd, Judge Diaz and Judge Floyd.

                For the Court

                /s/ Patricia S. Connor, Clerk